IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01775-REB-KLM

TANYA DREESEN,

    Plaintiff,

v.

THE DENVER NEWSPAPER AGENCY, a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Stipulated Protective Order** [Docket No. 8; Filed October 13, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: October 14, 2008