IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01775-PAB-KLM

TANYA DREESEN,

    Plaintiff,

v.

THE DENVER NEWSPAPER AGENCY, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Settlement Conference** [Docket No. 17; February 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Settlement Conference currently set for March 9, 2009 at 3:00 p.m. is **vacated** and will be reset upon joint motion of the parties.

    Dated: February 26, 2009