IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01775-PAB-KLM

TANYA DREESEN,

    Plaintiff,

v.

THE DENVER NEWSPAPER AGENCY, a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend the Scheduling Order** [Docket No. 22; March 13, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on October 16, 2008 [Docket No. 13] is amended to extend the following deadlines:

- Rebuttal Expert Disclosures     **April 3, 2009**
- Discovery Deadline     **May 18, 2009**
- Dispositive Motions Deadline     **June 18, 2009**

Dated: March 16, 2009