IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  08-cv-01775-PAB-KLM

TANYA DREESEN,

    Plaintiff,

v.

THE DENVER NEWSPAPER AGENCY, a Colorado corporation,

    Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a 5-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **July 12, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **June 11, 2010 at 9:00 a.m.**  Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5)     any stipulations as to fact or law; and

6)     any other issue affecting the duration or course of the trial.

DATED July 29, 2009.

                                        BY THE COURT:

                                        s/ Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge